STATE OF CONNECTICUT *v.* LESLIE PHILLIPS

The plaintiff's motion for an order by this court permitting judgment to be entered for the plaintiff in the appeal from the Superior Court in Hartford County is granted unless the defendant files his brief on or before January 4, 1974.

*Edward F. Pasiecznik,* assistant attorney general, for the appellant (state).

No appearance for the defendant.

Argued December 4—decided December 4, 1973

DANIEL BEARD *v.* OLIVER BEARD
(Nos. 136410, 137169, 139206)

The plaintiff's motions to dismiss the appeals from the Superior Court in Fairfield County are denied.

*Joseph E. Sakal,* for the appellee (plaintiff).

*Raymond B. Rubens,* for the appellant (defendant).

Argued December 4—decided December 4, 1973

DANIEL BEARD *v.* B. N. BEARD COMPANY ET AL.
(No. 147123)

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Joseph E. Sakal,* for the appellee (plaintiff).

*Raymond B. Rubens,* for the appellants (defendants).